IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LORI A. STEWART,

        Plaintiff,

v.                                            No. 11-cv-264-LH-ACT

COMMERCIAL RECOVERY SYSTEMS, INC.;

        Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Lori A. Stewart hereby dismisses the above captioned action with prejudice, pursuant to FRCP 41(a)(1)(i).


Respectfully submitted,

TREINEN LAW OFFICE, Attorneys for Plaintiff


_____
ROB TREINEN
500 Tijeras Ave. NW
Albuquerque, NM 87102
(505) 247-1980
(505) 843-7129 (fax)